UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DURR SYSTEMS, INC.,

    Plaintiff,

                                                                              Case No. 08-10560
-vs-                                                        Hon. Avern Cohn

FORI AUTOMATION, INC.,

    Defendant.

_____/

## MEMORANDUM AND ORDER RE: STATUS CONFERENCE

This is a patent case. Plaintiff Durr Systems, Inc. ("Durr") claims that defendant Fori Automation, Inc. ("Fori") infringes two patents held by Durr: U.S. Patent No. 7,082,677 (the '677 patent) and U.S. Patent No. 7,069,644 (the '644 patent). Fori counterclaims seeking declaratory judgments of non-infringement and invalidity with respect to each of the two patents.

The '677 patent is titled "Assembly Line for Mounted Units" and purports to cover a mechanism for attaching tires to wheels. The '644 patent is titled "Adjustable Workpiece Support Assembly for Conveyors" and purports to cover a device used to position a tire against a wheel in order to attach the two components.

The Court held a status conference on June 17, 2008. As discussed at that conference, it is ORDERED that:

1

1. Within thirty days, Durr shall physically examine what purports to be the accused device at the Nissan assembly plant in Canton, Mississippi, so as to enable Durr to identify a paradigm claim with respect to each patent and to determine whether it is reasonably likely that the accused device infringes each patent.

2. Within thirty days, Fori shall advise Durr of the date of installation of the accused device.

The deputy clerk is directed to schedule an additional status conference to be held on **Tuesday, July 22, 2008 at 2:30 p.m.**

Any objections to this order shall be filed within two days.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 17, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160